UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**WILLIAM L. TRAPP,**                  Case No. 3:13-CV-018

    Plaintiff,                             **Judge Timothy S. Black**

**-vs-**

**DEAN KIMPEL,** *et al.***,**

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Defendants' Motion to Dismiss (Docs. 11, 20, 24, 25, 40) are **GRANTED**; that Plaintiff's Motion for Extension to File Affidavit of Merit (Doc. 2) is **DENIED AS MOOT**; that Plaintiff's Motion to Allow Pre-Preliminary Pretrial Conference Discovery (Doc. 3) is **DENIED**; that Defendants' Motion to Stay Discovery (Doc. 28) is **DENIED AS MOOT** and the case is **TERMINATED** from the docket of the Court.

Date: 8/23/2013                                            **JOHN P. HEHMAN, CLERK**

                                                                 By: *s/ M. Rogers*
                                                                  Deputy Clerk